◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND CARTER, Appellant. [702 NYS2d 880] —Appeal by the defendant from a judgment of the County Court, Rockland County (Nelson, J.), rendered August 17, 1998, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Santucci, Altman, Friedmann and H. Miller, JJ., concur.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HEATHER E. CURTIS, Appellant. [702 NYS2d 877] —Appeal by the defendant from an amended judgment of the County Court, Dutchess County (Dolan, J.), rendered April 22, 1999, revoking a sentence of probation previously imposed by the same court, upon a finding that she had violated a condition thereof, upon her admission, and imposing a sentence of imprisonment upon her previous conviction of grand larceny in the third degree.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). O'Brien, J. P., Altman, Friedmann, McGinity and Smith, JJ., concur.